<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6703**

———————

WILLIAM EARL MARSHALL,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CA-00-146-5-BO)

———————

Submitted:  September 21, 2000      Decided:  September 28, 2000

———————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William Earl Marshall, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Earl Marshall appeals the district court's order denying his motion for reconsideration of denial of his 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Marshall v. United States, No. CA-00-146-5-BO (E.D.N.C. Apr. 20, 2000). We deny Marshall's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2